IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CORY SANFORD, ) | |
| ) | |
| Defendant. ) | Case No. 16-cr-20082 |

**DEFENDANT'S MOTION FOR *FRANKS HEARING***

NOW COMES the Defendant, CORY SANFORD, by and through his attorney, ELISABETH R. POLLOCK of the Federal Defender's Office for the Central District of Illinois, and for his Motion for *Franks Hearing* states as follows:

1. Defendant CORY SANFORD is charged with one count of possession of heroin with the intent to distribute in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), one count of possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c), and one count of felon in possession of a firearm in violation of 18 U.S.C. § 922(g). (R. 2)

2. All of the evidence relevant to these charges was discovered pursuant to the execution of a state search warrant at Mr. Sanford's residence at 608 N. Logan Street in Danville, Illinois. The search warrant was issued by Vermilion County Circuit Judge Mark S. Goodwin at approximately 3:50 a.m. on Tuesday, September 27, 2016, and was executed later that same morning.

3.	There was no written affidavit filed in support of the search warrant application. Rather, Judge Goodwin took the oral testimony of Danville Police Officer Benjamin Stringer and Jane Doe, a witness who allegedly obtained narcotics from Mr. Sanford on the evening of Monday, September 26, 2016.

4.	On information and belief, and as outlined in the contemporaneously filed Memorandum of Law in Support of this Motion, Officer Stringer and Jane Doe intentionally misrepresented key facts and omitted other key facts which would have affected the issuance of the search warrant.

WHEREFORE, based on the foregoing, Defendant Cory Sanford respectfully requests that the district court order a *Franks* Hearing to determine the validity of the search warrant, and if the Court determines that the warrant was unlawfully issued, for the suppression of all evidence discovered pursuant to the execution of the search warrant.

Respectfully submitted,
CORY SANFORD, Defendant

/s/ Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
(217) 373-0666
(217 373-0666 FAX
Elisabeth_Pollock@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Bryan Freres.

/s/ Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
(217) 373-0666
(217 373-0666 FAX
Elisabeth_Pollock@fd.org