E-FILED
Monday, 05 March, 2018 01:45:05 PM
Clerk, U.S. District Court, ILCD

FILED
16-20082
MAR - 5 2018
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

March 1-18

Dear Honorable Colin S Bruce, I'm writeing in regard of my attorney" and how I feel how I wasnt represented by a minimum of counsels profesional standards. I have been doing alote of my own personal reseach" from the first day I was indited on federal charges. And one of the first things I read an studied is eniffective assistance of counsel. It said the 7# seventh circuit has held that a defendant is entitled to assistance of counsel that meets a minimum profesional standard. With the respect for my attorney and the Courts. My attorney didnt meet a low 3rd grade standard representing me". My motion for a franks Hearing was so grosly written and contradict itself in every page. I was upset about this motion judge cause I asked Mrs. Pollock to let me review this motion before she enter it in Court" even worse sir"! I didnt want to do a franks Hearing. I got a copy of the letter asking for a simple motion to suppress on my Constitutional violations 4th, 5th and 14th admendments. from the outset Mrs. Pollock was doing things on her own, never objecting to not one of the 5# goverments extra" Continuances ect: But I'm not allowed to say anything durring Court, but I did have a totaley diffrent strategy than Mrs. Pollock. It sad sir, My Declaration of Hinkles statement was destroyed by Mrs. Pollock hurried negligents, Your Honorable Colin Bruce. How can you make a mistatement on the Alfadavit" when you have the whole conversation on tape? thats imposible unless you put no effort" into your Job and you have a long case-load and you wasnt really paying attention to your Job to your client.

Your Honor I'm just asking for a fair chance sir". Every attorney my family try to obtain flee-away from my case" cause they say its so poorly done and they would hate to take my family money" because it's so obvious who ever done this case was very negligent. But the two attorneys I talked to said report this too you, Your Honor cause you are a fair judge and if you see any~ truthfulness in my story you will make it" right sir" so I decided to write you and put my faith in God" and my hope and trust in you, Your Honor:

Thank you, Your Honor Colin Bruce
Cory Sanford