IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CORY SANFORD, ) | |
| Defendant. ) | |
| ) | Case No. 16-CR-20082 |

**DEFENDANT'S SECOND MOTION FOR FRANKS HEARING**

**NOW COMES** the Defendant, CORY SANFORD, by and through his attorney, DAVID RUMLEY, and for his Second Motion For Franks Hearing states as follows:

1. Defendant is charged with one count of possession of heroin with the intent to distribute in violation of 21 U.S.C. ss 841(a)(1) and (b)(1)(c), one count of possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. s 924(c), and one count of felon in possession of a firearm in violation of 18 U.S.C. S922(g)

2. All of the evidence relevant to these charges was discovered during the investigation and execution of a state search warrant at Defendant's residence at 608 N. Logan St., Danville, Illinois. The warrant was issued by Vermilion County Circuit Judge Mark S. Goodwin around 3:50 a.m. Tuesday, September 27, 2016 and executed that evening.

3. Judge Goodwin heard oral testimony of Jane Doe, an alleged occurrence witness who allegedly obtained drugs from defendant on September 26, 2016 and from Danville Police Officer Benjamin Stringer. The testimony of the two witnesses was the sole basis of the issuance of the search warrant.

4. Officer Stringer and Jane Doe intentionally misrepresented important facts and circumstances and misleadingly omitted other important facts which bore on the question of whether a search warrant should issue. For example, there was no showing made at the

hearing that Jane Doe was reliable or had been used before or that Officer Stringer's representations to the court were factual.

**WHEREFORE**, in consideration of the above, Defendant herein respectfully requests the the district court order a Franks hearing to determine the validity of the search warrant, and if the Court determines that the warrant was unlawfully issued, for the suppression of all evidence discovered pursuant to the execution of the search warrant.

Respectfully submitted,

Cory Sanford, Defendant

<u>/s/ David Rumley</u>
His Attorney
P.O. Box 3162
Bloomington, IL 61702
Tel:  309.660.4114
davidrumley@mac.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Bryan Freres.

/s/ David Rumley
P.O. Box 3162
Bloomington, IL 61702
Tel:  309.660.4114
davidrumley@mac.com