E-FILED
Monday, 03 June, 2019 04:35:17 PM
Clerk, U.S. District Court, ILCD

FILED

JUN - 3 2019

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

"Dear Circuit Clerk of urbana"

Can you please make a copy of this letter address to
Judge Shaddid and send him a copy and send me a copy
back!

Thank you

Cory Sanford

Copy on file                                    May 27 - 19

Dear Honorable Judge Shaddid how are you doing sir. I'm writing in regards of a question" Nothing More, Your Honor that Can strongly make a impact" on a decision in My defence thats taking place before Your Courts. Before Your Courts the Substitude Judge on a question I had that was address to you "Your Honor" some month back, was about my (franks Hearing) I was advised by the Courts to file" a (Motion to reconsider) if I had problems with the out-come and decision of the Courts." My question for the Courts is I have Substancial Evidence and Supported case laws out of our 7th cir and issue's that was never filed or placed in a memorandam for the Courts record, "Your Honor" will I be able to present my arguments and evidence before an higher "Courts if I never Mentioned them in the lower Courts and put my issue's on record? I'm Confused on this matter' because to my understanding I must present this Evidence before the Courts in-order to argue theis facts in the future". Forgive me for my ignorance if I am wrong Your Honor" but this information is very viable and depends on my life" because I know you have More important things to do than to Answer Simple questions. this question is resting in My Soul... because I believe I'm right' on My research; educateing myself with my case and law". This question is just to understand and nothing more.'

Thank You Your Honorable Judge Shaddid for listening I pray I hear from you soon.

Your trully Cory T. Sanford

Cy T. Saf