UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CORY SANFORD, ) <br> ) <br> Defendant. ) | Case No. 16-CR-20082 |

## ORDER APPROVING MAGISTRATE JUDGE RECOMMENDATION

On August 27, 2019, a Report and Recommendation (#63) was filed by United States Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. This court therefore accepts the recommendation of the Magistrate Judge. Accordingly, the defendant's plea of guilty as to Counts 1 and 2 of the Indictment is accepted by the Court and the defendant is adjudged guilty of Counts 1 and 2. The Court orders that a pre-sentence investigation report is to be prepared. A status conference remains set for September 13, 2019 at 2:00 p.m. The sentencing hearing will be reset at the status conference.

ENTERED this 11th day of September, 2019.

s/COLIN S. BRUCE
U.S. DISTRICT JUDGE