UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CORY SANFORD, ) <br> ) <br> Defendant. ) | Case No. 16-cr-20082 <br><br> *The Honorable Colin Stirling Bruce,* <br> *United States District Judge, Presiding.* |

## CORRECTED DOCKETING STATEMENT

**NOW COMES** Defendant-Appellant, CORY SANFORD, by and through his court-appointed attorney, Monroe D. McWard, of McWard Law Office, and pursuant to Circuit Rule 3(c), submits the following corrected docketing statement:

1. The jurisdiction of the United States District Court for the Central District of Illinois. Urbana Division, was founded upon 18 U.S.C. §3231. A grand jury sitting in the aforementioned district charge the Appellant by indictment on December 6, 2016 with : (Count 1) Possession of Heroin With Intent to Distribute, in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(c); (Count 2) Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of Title 18, United States Code, Section 924(c)(1)(A)(I); (Count 3) Possession of a Firearm by a Felon, in violation of Title 18, United States Code, Section 922(g)(1).

2. The jurisdiction of the United States Court of Appeals for the Seventh Circuit is founded upon 28 U.S.C. §1291 and 18 U.S.C. §3742, and is based upon the following particulars:

    i. Date of entry sought to be reviewed is the Court's ruling on the "Franks" issue in a Criminal Case entered on August 28, 2017.

ii. Date of entry sought to be reviewed: Judgments and Sentences in a Criminal Case entered on August 27, 2020.

iii. Disposition of motion and date of entry August 28, 2017.

iv. Filing date of notice of appeal pursuant to Fed. R. App. P. 4(b): September 4, 2020.

        Respectfully submitted,

        **CORY SANFORD**, Defendant

By:   /s/ *Monroe D. McWard*
        Monroe D. McWard
        Reg. No. 06190799
        Attorney for Defendant
        McWard Law Office
        107 South Washington Street
        Taylorville, IL 62568
        Telephone: (217) 824-2900
        mdmcward@mcwardlaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Mr. Bryan D. Freres, Esq.<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>201 South Vine Street<br>Urbana, IL 61801 | Mr. Eugene L. Miller, Esq.<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>201 South Vine Street<br>Urbana, IL 61801 |
| Ms. Rachel E. Ritzer, Esq.<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>201 South Vine Street<br>Urbana, IL 61801 | Mr. John D. Hoelzer, Esq.<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>318 South Sixth Street<br>Springfield, IL 62701 |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Cory Sanford
c/o Livingston County Jail
844 West Lincoln Street
Pontiac, IL 61764

/s/ *Monroe D. McWard*
Monroe D. McWard
Reg. No. 06190799
Attorney for Defendant
McWard Law Office
107 South Washington Street
Taylorville, IL 62568
Telephone: (217) 824-2900
mdmcward@mcwardlaw.com