E-FILED
Wednesday, 06 October, 2021 02:58:33 PM
Clerk, U.S. District Court, ILCD

FILED
OCT 0 6 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

   Respondent

v.                                  Case No: 2:16-cr-20082

COREY SANFORD

   Petitioner

_____/

## PETITIONERS MOTION FOR REPLACEMENT OF COUNSEL

Comes now Corey Sanford pro-se and respectfully moves this Honorable Court for an order removing Joshua B. Adams as Counsel from the above cited case. In support of this motion petitioner would state:

1. That Counsel Adams has been unreceptive to any communication from petitioner and has not acted with his liberty interest in mind.

2. That, petitioner has only spoken (2) times with Counsel Adams one, a phone call through Counselor at FCI Greenville, and two, through the inmate phone system.

3. That, Petitioner has written (2) times based on the lack of communication and input on his appeal, these letters as of this writing remain unanswered.

4. That, when I did speak to Counsel, I informed him of my pre-conditions, e.g. diabites type 2. pancreatis, cirrhous of the liver and a myriad of other health issues that warrant mention in a Covid-19 argument, however, counsel ignores my pleas and has taken the case as if it were his life, rather than mine.

5. That on more than one occasison, Counsel Adams was informed that current case law was available (furnished by petitoner) that were supportive of the claims, however, petitioner has recently learned that Counsel [waived] my arguments in the Appellate Court when he should have filed a rebuttal.

6. That petitioner was not informed by Counsel of any of these facts and has waited patiently for a copy of the brief(s) and strategy for over (6) Months, however counsel Adams has not communicated.

7. That on August 22, 2021, Counsel sent a letter and informed the petitioner his brief had been filed, however, as of this writing Petitioner has not received a copy, moreover, has not discussed any issues relevant to the filing.

At bottom, the record will reflect that Counsel has more or less abandoned petitioner and refuses to discuss any issues that affect his life, Counsel Adams has bee arrogant, evasive, and his actions clearly violate the core principles of the Sixth Amendments command of effective assistance of Counsel.

Wherefore, petitioner respectfully requests this Court remove Counsel Adams and appoint another Attorney that is more concerned with my liberty interest that his billing hours as clearly we are at loggerheads, and cannot continue in the interest of justice.

Respectfully submitted

*Corey Sanford*

Corey Sanford

cc

CERTIFICATE OF SERVICE

Petitioner Corey Sanford hereby affirms under penalty of perjury that a true and correct copy of the foregoing has been provided to the parties listed below by placing same in the prison mail room at FCI Greenville Illinois on this 4th Day of October 2021, with first class postage affixed to ensure delivery.

*Corey Sanford*

Corey Sanford

enclosures:

Office of the Clerk
U.S. Courthouse
201 S. Vine St. Room 218
Urbana IL. 61801


Johsua B. Adams
53 West Jackson Blvd
Suite 1651
Chicago IL. 60604